# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

STEVE LAWSON ROBINSON                                            PLAINTIFF
ADC #76791

V.                      NO: 5:05CV00093 GH/HDY

VARNER UNIT, *et al.*                                          DEFENDANTS

## ORDER

Plaintiff filed this action on April 1, 2005, naming only the Varner Unit as a Defendant. On April 19, 2005, this Court entered an Order, noting the Varner Unit was not subject to suit, and directing Plaintiff to amend his Complaint, to name specific persons responsible for alleged constitutional violations (docket entry #4). Plaintiff has since filed an Amended Complaint (docket entry #6), naming Gregg E. Moore, P. Atkinson, Thomas W. Hurst, and T. Moncrief as Defendants. Construing Plaintiff's pleadings liberally, the Court concludes that, for screening purposes, Plaintiff states a cognizable claim for relief under 42 U.S.C. § 1983. Therefore, the Court will order service upon Defendants at this time.

IT IS THEREFORE ORDERED THAT service is appropriate upon Defendants Moore, Atkinson, Hurst and Moncrief. The Clerk of the Court is directed to prepare a summons for Defendants, and the United States Marshal is directed to serve a copy of the Complaint (docket entry #2), Amended Complaint (docket entry #6), this Order, and summons on Defendants, without prepayment of fees and costs or security therefor.

DATED this __27__ day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE